Stanley Goff, Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff Michelle Burke

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BURKE,<br><br>　　　Plaintiff,<br><br>vs.<br><br><br>DR. MICHELE DITOMAS, et al.,<br><br>　　　Defendant. | No: 2:18-cv-01578-WBS CKD P<br><br>ORDER |

Plaintiff has filed a Notice of Substitution of Counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. The substitution of counsel is approved;

2. Plaintiff is sua sponte granted 30 days from the date of this order in which file an amended complaint.

3. No further extensions of time shall be granted. Failure to file an amended complaint within the time permitted will result in a recommendation that this case be dismissed without prejudice.

Dated: June 21, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE