UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BURKE,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. MICHELE DITOMAS, et al.,<br><br>  Defendants. | No.  2:18-cv-01578-WBS-CKD<br><br>FINDINGS AND RECOMMENDATIONS |

By order filed April 23, 2020, this court ordered plaintiff to complete and return to the court, within sixty days, the USM-285 form necessary to effect service on defendant Gill.  ECF No. 29.  That sixty-day period has passed, and plaintiff has not responded in any way to the court's order.

IT IS HEREBY RECOMMENDED that defendant Gill be dismissed from this action without prejudice.  See Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time

/////

1

1  may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 1, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/burk1578.fusm.docx