STANLEY GOFF (Bar No. 289564)
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BURKE,<br><br>Plaintiff,<br><br>v.<br><br><br>MICHELE DITOMAS, et al.,<br><br>Defendants. | CASE NO.: 2:18-cv-01578-WBS-CKD<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S EX-PARTE MOTION FOR LEAVE TO FILE AN UNTIMELY OPPOSITION |

After weighing the factors for establishing excusable neglect in timely filing her opposition to defendants' motion for summary judgment and for good cause shown, the court grants plaintiff's ex-parte motion (ECF No. 43).

IT IS SO ORDERED.

Dated:  July 27, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE